RUTH B. MAIMONE, PLAINTIFF-RESPONDENT, v. PHILIP MAIMONE, DEFENDANT-PETITIONER.

On petition for certification to Superior Court, Appellate Division.

*Mr. Thomas F. Shebell* for the petitioner.

*Messrs. Clancy & Hayden* for the respondent.

May 11, 1964. Denied.

ARCHIE MacDONALD, PETITIONER-RESPONDENT, v. EAST NEWARK INDUSTRIAL CENTER DIVISION, RESPONDENT-PETITIONER.

On petition for certification to Superior Court, Appellate Division.

*Mr. Isidor Kalisch* for the petitioner.

*Mr. Robert C. Gruhin* and *Mr. Saul G. Schulter* for the respondent.

May 11, 1964. Denied.